FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 22 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07cr255-MHT** |
| | ) | [18 USC 922(g)(8)] |
| MAURICE ANDERSON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 16, 2007, in Montgomery County, within the Middle District of Alabama,

MAURICE ANDERSON,

defendant herein, who was subject to a court order, issued on July 20, 2007, in case number DR-07-665 in the Circuit Court of Montgomery County, Alabama, after a hearing of which he received actual notice, and at which he had an opportunity to participate, said order restraining him from harassing, stalking, or threatening an intimate partner and restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, and that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, and that included a finding that the defendant was a credible threat to the physical safety of the intimate partner; did knowingly possess in and affecting commerce, a firearm, to wit: a ROMARM/CUGIR, 7.62 mm rifle, a better description of which is unknown to the grand jury.

All in violation of Title 18, United States Code, Section 922(g)(8)

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

MAURICE ANDERSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

A ROMARM/CUGIR, 7.62 mm rifle, a better description of which is unknown to the grand jury.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Matthew W. Shepherd
Assistant United States Attorney

3