IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr255-MHT |
| | ) | |
| MAURICE ANDERSON | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

    **ARRAIGNMENT** is hereby set for <u>OCTOBER 31, 2007</u> in the above-styled case.

    You are DIRECTED to produce the following named prisoner: <u>MAURICE ANDERSON</u>

before the United States District Court at 5A Courtroom, on the <u>31st</u> day of OCTOBER, 2007, at

10:30 A.M.

    DONE, this the <u>24th</u> day of October, 2007.

WALLACE  CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: _____
                Deputy Clerk