IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr255-MHT |
| ) | |
| MAURICE ANDERSON    ) | |

### **ORDER**

Upon consideration of defendant's motion to continue detention hearing (Doc. # 9), filed October 23, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The detention hearing is rescheduled from October 24, 2007 to 4:00 pm. on October 26, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE