## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07cr255-MHT** |
| | ) | |
| **MAURICE ANDERSON** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **MAURICE ANDERSON**, by and through undersigned

counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea

of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents

to do so before a magistrate judge.

Dated this 21st day of November, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No.: 2:07cr255-MHT** |
| | ) | |
| MAURICE ANDERSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007,  I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:  Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49