```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CASE NO. 2:07cr255-MHT |
| | ) | |
| **MAURICE ANDERSON** | ) | |

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Matthew W. Shepherd, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned October 22, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 7th day of March, 2008.

```
                          LEURA G. CANARY
                          UNITED STATES ATTORNEY


                          /s/Matthew W. Shepherd
                          MATTHEW W. SHEPHERD
                          Assistant United States Attorney
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Phone: (334) 223-7280
                          Fax: (334) 223-7135
                          E-mail: matthew.shepherd@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Matthew W. Shepherd**
MATTHEW W. SHEPHERD
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:07cr255-MHT** |
| ) | |
| **MAURICE ANDERSON** ) | |

## O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE