IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CASE NO. 2:07cr255-MHT |
| | ) | |
| **MAURICE ANDERSON** | ) | |

### O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation (doc. no. 30) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED, and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 13th day of March, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE