## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr255-MHT |
| ) | |
| MAURICE ANDERSON ) | |

### MOTION TO WITHDRAW COUNSEL

**COMES NOW** the Federal Defender for the Middle District of Alabama, Christine A. Freeman, and moves to withdraw **Morad Fakhimi** as a counsel of record in this matter.

Mr. Fakhimi entered a Notice of Appearance as counsel for the defendant **MAURICE ANDERSON**, in his capacity as an Assistant Federal Defender. As Mr. Fakhimi is no longer employed as an Assistant Federal Defender for the Middle District of Alabama, he should be relieved as counsel.

Other counsel from the Office of the Federal Defender have already entered appearances in this matter on behalf of the Defendant.

Dated this 8th day of July, 2008.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew W. Shepherd
Assistant U.S. Attorney
131 Clayton Street
Montgomery, AL 36104

                                                 **s/Christine A. Freeman**
                                                 **CHRISTINE A. FREEMAN**
                                                 **TN BAR NO.: 11892**
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street , Suite 407
                                                 Montgomery, AL 36104
                                                 TEL:  (334) 834-2099
                                                 FAX:  (334) 834-0353
                                                 E-Mail: Christine_Freeman@fd.org