IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr255-MHT |
| **MAURICE ANDERSON** | ) | |

### ORDER

It is ORDERED that the motion to withdraw as counsel (Doc. No. 34) is granted.

DONE, this the 11th day of July, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**